IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TARONDA WILLIAMS,

    Plaintiff,

v.                                              CASE NO. 4:10-cv-00505-MP -GRJ

TONY HALLERTON, WALKER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation regarding the Complaint, Doc. 1. The Magistrate Judge has recommended this case be transferred to the United States District Court for the Northern District of Georgia, Gainesville Division. No party has objected and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

2.    This case is TRANSFERRED to the United States District Court for the Northern District of Georgia, Gainesville Division.

    **DONE AND ORDERED** this   *17th* day of December, 2010

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge